## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAYNA T. BONFIGLIO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4739** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | **SECTION "C" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge denying Dayna T. Bonfiglio's Disability Insurance Benefits and Supplemental Security Income Benefits is **AFFIRMED.**

New Orleans, Louisiana, this 30th day of September, 2014.

_____
**UNITED STATES DISTRICT JUDGE**